**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**DEWAYNE MOSS, JR.**                                                           **PLAINTIFF**

**V.**                         **NO. 5:16CV00038 SWW/PSH**

**CAROLYN W. COLVIN,**
**Acting Commissioner,**
**Social Security Administration**                                     **DEFENDANT**

## **ORDER**

The Court has reviewed the Recommended Disposition submitted by Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is AFFIRMED, and Plaintiff Dewayne Moss Jr.'s Complaint (Doc. No. 1) is DISMISSED with prejudice.

DATED this 30th day of November, 2016.

                                                      /s/Susan Webber Wright
                                                      UNITED STATES DISTRICT JUDGE