# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**DEWAYNE MOSS, JR.**                                                                                           **PLAINTIFF**

**V.**                     **NO. 5:16CV00038 SWW/PSH**

**CAROLYN W. COLVIN,**
**Acting Commissioner,**
**Social Security Administration**                                                     **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 30th day of November, 2016.

                                                    /s/Susan Webber Wright
                                                  UNITED STATES DISTRICT JUDGE